IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


**KIMBERLY JOHNSON,**

    Plaintiff,

vs.                              Case No. 4:06cv129-RH/WCS

**STATE OF FLORIDA,**
**DEPARTMENT OF ELDER AFFAIRS**
**and TERRY WHITE, individually,**

    Defendants.

_____/

## O R D E R

      Plaintiff has filed a motion for clarification.  Doc. 69.  The motion seeks an orderly schedule for setting the deposition of Ms. Rodriguez.  Ms. Rodriguez will be filing objections to my order denying her motion to quash or for a protective order, and will not provide a date for her deposition until Chief Judge Hinkle rules upon her objections.

      Discovery ends on October 31, 2006.  Ms. Rodriguez has filed two lengthy memoranda in support of her motion to quash and should not need much more time to litigate objections.  So that everything may be accomplished before discovery ends, this

order will shorten the time for Ms. Rodriguez to file objections and will stay the deposition of Ms. Rodriguez until Chief Judge Hinkle has ruled on objections.

Accordingly, it is **ORDERED** that:

1. Plaintiff's motion for clarification, doc. 69, is **GRANTED**.

2. The deposition duces tecum of Ms. Rodriguez is **STAYED** until Chief Judge Hinkle rules upon objections that may be filed by Ms. Rodriguez.

3. If Chief Judge Hinkle sustains my order and permits the deposition to proceed, it may be scheduled within 48 hours of his ruling or, of course, according to any other schedule he sets.

4. Objections to my order, doc. 68, shall be filed on or before **Monday, October 16, 2006**.

**DONE AND ORDERED** on October 12, 2006.

        s/   William C. Sherrill, Jr.
        **WILLIAM C. SHERRILL, JR.**
        **UNITED STATES MAGISTRATE JUDGE**