UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KIMBERLY JOHNSON

    Plaintiff,

vs.

CASE NO.: 4:06cv129-RH/WCS

STATE OF FLORIDA DEPARTMENT
OF ELDER AFFAIRS, and TERRY
WHITE,

    Defendants.
_____/

## MEDIATION REPORT

The parties to the above cause submitted their issues to mediation on October 26, 2006. All issues have been resolved.

                                        J. C. O'STEEN
                                        Mediator

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Marie A. Mattox, Esquire, at 310 East Bradford Road, Tallahassee, Florida 32303, Lindsay Oyewale, Esquire, at Post Office Box 87, Orlando, Florida 32802-0087, William R. Waters, Jr., Esquire, 1618 Mahan Center Boulevard, Suite 104, Tallahassee, Florida 32308, and Robert E. Larkin, III, Esquire, 906 North Monroe Street, Tallahassee, Florida 32303, by U. S. Mail on this 27th day of October, 2006.

                                        J. C. O'STEEN, Attorney

Files/Mediation/Oyewale/Johnson.vs.Dept.of.Elder.Affairs.Medreport