UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KIMBERLY JOHNSON

    VS                                                         CASE NO.  4:06cv129-RH/WCS

STATE OF FLORIDA DEPARTMENT
OF ELDER AFFAIRS, et al.,

**JUDGMENT**

"The parties are ordered to abide by their settlement agreement. The court reserves jurisdiction to enforce the order to abide by the settlement agreement. All claims in this action are voluntarily dismissed with prejudice in accordance with Federal Rule of Civil Procedure 41."

                                                      WILLIAM M. McCOOL, CLERK OF COURT

 November 7, 2006                          *s/David L. Thomas*
DATE                                         Deputy Clerk: David Thomas